# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| James T. Bourne, ) | Civil Action No.: 4:05-1273-RBH |
| Ruby Begonia Florist, Inc., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| Allstate Insurance Company, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pending before the Court is Defendant's motion to compel which was filed on October 26, 2005. The defendant's motion seeks an Order from this Court compelling the plaintiffs to: (1) serve their initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure; and (2) respond to Defendant's interrogatories and request for production that were served upon them on September 21, 2005.

The plaintiffs were given adequate time to respond to the motion, however, no response has been filed. Therefore, it is presumed there is no objection and for the reasons set forth in the defendant's motion and for good cause shown the motion to compel **IS HEREBY GRANTED**.[1] The plaintiffs are hereby **ORDERED** to provide the defendant with the above listed information within fifteen (days) from the date this Order is entered.

**IT IS SO ORDERED.**

                                                                  s/ R. Bryan Harwell
                                                                  R. Bryan Harwell
                                                                  United States District Judge

December 28, 2005
Florence, South Carolina

---

[1] The Court notes that Local Rule 7.08 (D.S.C.) provides that "[h]earings on motions may be ordered by the Court in its discretion. Unless so ordered, motions may be determined without a hearing."